395 A.2d 273

**COMMONWEALTH of Pennsylvania**

v.

**Gregory GALLMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 14, 1978.

Decided Dec. 29, 1978.

John W. Packel, Asst. Public Defender, Chief, Appeals Div., Elaine DeMasse, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Paul S. Diamond, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed.

Mr. Former Justice POMEROY did not participate in the consideration or decision of this case.